## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

ANDRE EDSEL MIMS,                         :
                                          :
          Petitioner,                     :
                                          :
     v.                                   :          CIVIL ACTION NO.: CV209-154
                                          :
VICTOR WALKER, Warden,                    :
                                          :
          Respondent.                     :

## O R D E R

On May 21, 2010, Petitioner Andre Edsel Mims filed a "Notice of Appeal" of the Magistrate Judge's Report and Recommendation. The Court construes Petitioner's filing as his objection to the Report and Recommendation. After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Mims' Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** as a second or successive petition. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this __3__ day of _____, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA